YANKEE LAKE PRESERVATION ASSOCIATION, INC., Appellant, v JU-
DITH STEIN et al., Respondents, et al., Defendants.

Submitted June 28, 2010; decided September 2, 2010

Motion by New York State Federation of Lake Associations,
Inc. for leave to file a brief amicus curiae on the motion for
leave to appeal herein granted and the brief is accepted as filed.

In the Matter of ANONYMOUS, an Attorney and Counselor-at-
Law, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE
FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted July 12, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceeding within the meaning of the Constitution.

In the Matter of the Claim of JUAN BRAN, Respondent, v RALPH
WIMBISH, Appellant, et al., Respondent. WORKERS' COMPEN-
SATION BOARD, Respondent.

Submitted June 14, 2010; decided September 14, 2010

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the proceeding within the meaning of the Constitution.

In the Matter of BATDORJ DAGVADORJ, Appellant, v LOIS DE-
FLEUR, as Administrator at the State University of New
York at Binghamton, et al., Respondents.

Submitted July 12, 2010; decided September 14, 2010

Motion for reargument of motion for leave to appeal denied
with $100 costs and necessary reproduction disbursements [see
14 NY3d 712 (2010)].